## HUSTON, JUDGE, v. STATE OF OKLAHOMA ex rel. HASKELL, GOVERNOR.

ERROR TO THE SUPREME COURT OF THE STATE OF OKLAHOMA.

No. 325. Motion to dismiss submitted December 20, 1909.—Decided January 3, 1910.

Writ of error to review judgment of highest court of a State, dismissed for want of jurisdiction without opinion on authority of previous decisions.

Writ of error to review 21 Oklahoma, 782, dismissed.

Mr. E. G. Spilman for plaintiffs in error.

Mr. A. C. Cruce for defendant in error.

Per Curiam. Writ of error dismissed for want of jurisdiction. Haire v. Rice, 204 U. S. 291; Corkran Oil Co. v. Arnaudet, 199 U. S. 146; Luther v. Borden, 7 How. 1; Taylor v. Beckham, 178 U. S. 548; case below, 21 Oklahoma, 782.